1476-14

CCA # 13-13-00129-CR                    OFFENSE:  Murder

STYLE:  DELBERT ANDREW MILLS v. THE STATE OF     COUNTY:  Goliad
        TEXAS

TRIAL COURT:        24th District Court        _____ MOTION
TRIAL COURT #:      12-01-4634-CR              FOR REHEARING IS: _____
TRIAL COURT JUDGE:  Hon. Joseph P. Kelly       DATE: August 29, 2015
DISPOSITION: Affirm                            JUDGE: Judge Dori Garza

DATE:  _____

JUSTICE: _____ PC ___ S ___

PUBLISH: _____        DNP: _____


CLK RECORD: _____     SUPP CLK RECORD _____
RPT RECORD: _____     SUPP RPT RECORD _____
STATE BR: _____       SUPP BR _____
APP BR: _____         PRO SE BR _____


## IN THE COURT OF CRIMINAL APPEALS

CCA # __1476-14__

----------------------

_____PRO SE_____ Petition           Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

_____REFUSED,_____                   JUDGE: _____
DATE: __03/04/2015__                 SIGNED: _____    PC: _____
JUDGE: __Per Curiam__                PUBLISH: _____   DNP: _____

----------------------

_____ MOTION FOR REHEARING IN     MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____        _____ ON _____

JUDGE: _____           JUDGE: _____